**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:

JONATHAN J MAGINNIS                                Chapter 13

               Debtor                        Bankruptcy No. 17-14069-AMC
                                                    Date: 2/6/2018 10:00:00 AM
                                                    Time:
                                                    Courtroom: #Courtroom #5
                                                    900 Market St,
                                                    Philadelphia PA 19107

**CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL**

    **AND NOW** comes, William C. Miller, Esquire, Chapter 13 standing trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

The debtor(s) is/are ineligible to file a Chapter 13 petition pursuant to 11 U.S.C. Section 109(e) because debtor(s)is/are not an individual with regular income or because the aggregate secured and/or unsecured debt of debtor(s) exceeds the statutory limits.

    The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in Court on the date scheduled for the hearing.

    The standing trustee consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

    **WHEREFORE**, William C. Miller, Esquire, Chapter 13 standing trustee, respectfully requests that Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                                      Respectfully submitted,

                                                      /s/ William C. Miller

                                                      _____
                                                      William C. Miller, Esquire
                                                      Chapter 13 Standing Trustee
                                                      P.O. Box 1229
                                                      Philadelphia, PA 19105
                                                      Telephone: (215)627-1377