UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Jonathan J. Maginnis | : Chapter 13 |
| | : |
| Debtor | : Case No.: 17-14069 AMC |

## ENTRY OF APPEARANCE

TO THE COURT:

As of the date listed below, please enter my appearance as Debtor's Counsel in the above-captioned matter.

Dated: __12/16/18_____

/s/ Anthony A. Frigo, Esq.
Anthony A. Frigo, Esq.
The Law Offices of Anthony A. Frigo
175 Strafford Avenue, Suite One
Wayne, PA 19087
610-272-8644

## WITHDRAWAL OF APPEARANCE

TO THE COURT:

As of the date listed below, please withdrawal my appearance as Debtor's Counsel in the above-captioned matter.

Dated: ___12/16/18_____

/s/ Brad J. Sadek, Esq.
Brad J. Sadek, Esq
Sadek and Cooper Law Offices
1315 Walnut Street. #502
Philadelphia, PA 19107
215-545-0008