## UNITED STATES BANKRUPTCY COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 7 |
| | : |
| JONATHAN J. MAGINNIS, | : Case No. 17-14069-AMC |
| | : |
| Debtor. | : |
| | : |

### STIPULATION AND CONSENT ORDER

THIS STIPULATION AND AGREED ORDER (the "Order") is made between Jonathan J. Maginnis (the "Debtor") and Bradley Puetz d/b/a Desert Tactical ("Puetz") by and through their respective undersigned counsel. In relation thereto, the Debtor and Puetz (collectively referred to as the "Parties") stipulate and it is hereby Ordered as follows:

AND NOW, THEREFORE, the Parties hereto, intending to be legally bound, hereby STIPULATE, AGREE and request a COURT ORDER as follows:

1. The deadline for Puetz to file a Complaint to determine the dischargeability of debts of the Debtor under Section 523 of the Bankruptcy Code is hereby extended pursuant to Bankruptcy Rule 4007 to July 19, 2018.

2. The Parties respectfully request Bankruptcy Court approval of this Stipulation and Consent Order.

**[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

5266117

| | |
|---|---|
| **OBERMAYER REBMANN MAXWELL & HIPPEL LLP** | **LAW OFFICES OF ANTHONY A. FRIGO** |
| By: _[signature]_ | By: _[signature]_ |
| Michael D. Vagnoni, Esquire | Anthony A. Frigo, Esquire |
| Centre Square West | 175 Strafford Ave., Suite One |
| 1500 Market Street, Suite 3400 | Wayne, PA 19087 |
| Philadelphia, PA 19102 | Telephone: (610) 272-8644 |
| Telephone: 215-665-3066 | Email: anthonyfrigo@msn.com |
| E-mail: michael.vagnoni@obermayer.com | |
| Dated: 5/17/2018 | Dated: 5/17/2018 |

SO ORDERED this          day of                    , 2018

_[signature]_                                          **Date: May 21, 2018**

Honorable Ashely M. Chan
United States Bankruptcy Judge