United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Jonathan J. Maginnis   
    Debtor

Case No. 17-14069-amc   
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Stacey    Page 1 of 1    Date Rcvd: May 21, 2018   
               Form ID: pdf900    Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2018.
```
db             +Jonathan J. Maginnis,    118 Yale Avenue,    Morton, PA 19070-1917
aty            +Anthony A. Frigo,    The Law Offices of Anthony A. Frigo,    175 Strafford Avenue,    Suite One,
                 Wayne, PA 19087-3317
cr             +Bradley Puetz d/b/a Desert Tactical,    c/o Obermayer Rebmann Maxwell & Hippel L,
                 Centre Square West, Suite 3400,    1500 Market Street,    Attn: Michael D. Vagnoni,
                 Philadelphia, PA 19102-2100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 22 2018 02:00:52     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2018 02:00:37
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2018 02:00:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com May 22 2018 02:08:29     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE           Brad Sadek,    Sadek and Cooper Law Offices,    1315 Walnut Street,    502,    Philadelphia
                                                                            TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2018                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2018 at the address(es) listed below:
```
          ANTHONY A. FRIGO    on behalf of Debtor Jonathan J. Maginnis anthonyfrigo@msn.com,
           frigoar70666@notify.bestcase.com
          ANTHONY A. FRIGO    on behalf of Defendant Jonathan J. Maginnis anthonyfrigo@msn.com,
           frigoar70666@notify.bestcase.com
          GARY F. SEITZ     gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
          MICHAEL D. VAGNONI    on behalf of Creditor    Bradley Puetz d/b/a Desert Tactical
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          MICHAEL D. VAGNONI    on behalf of Plaintiff Bradley J. Puetz michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 7 |
| JONATHAN J. MAGINNIS, | : Case No. 17-14069-AMC |
| Debtor. | : |

### STIPULATION AND CONSENT ORDER

THIS STIPULATION AND AGREED ORDER (the "Order") is made between Jonathan J. Maginnis (the "Debtor") and Bradley Puetz d/b/a Desert Tactical ("Puetz") by and through their respective undersigned counsel. In relation thereto, the Debtor and Puetz (collectively referred to as the "Parties") stipulate and it is hereby Ordered as follows:

AND NOW, THEREFORE, the Parties hereto, intending to be legally bound, hereby STIPULATE, AGREE and request a COURT ORDER as follows:

1. The deadline for Puetz to file a Complaint to determine the dischargeability of debts of the Debtor under Section 523 of the Bankruptcy Code is hereby extended pursuant to Bankruptcy Rule 4007 to July 19, 2018.

2. The Parties respectfully request Bankruptcy Court approval of this Stipulation and Consent Order.

**[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

5266117

| OBERMAYER REBMANN MAXWELL & HIPPEL LLP | LAW OFFICES OF ANTHONY A. FRIGO |
|---|---|
| By: _____ <br> Michael D. Vagnoni, Esquire <br> Centre Square West <br> 1500 Market Street, Suite 3400 <br> Philadelphia, PA 19102 <br> Telephone: 215-665-3066 <br> E-mail: michael.vagnoni@obermayer.com | By: _____ <br> Anthony A. Frigo, Esquire <br> 175 Strafford Ave., Suite One <br> Wayne, PA 19087 <br> Telephone: (610) 272-8644 <br> Email: anthonyfrigo@msn.com |
| Dated: 5/17/2018 | Dated: 5/17/2018 |

SO ORDERED this _____ day of _____, 2018

**Date: May 21, 2018**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

5266117

2