# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Jonathan J. Maginnis | Debtor(s) | CHAPTER 7 |
| BANK OF AMERICA, N.A. | Movant | NO. 17-14069 amc |
| vs. | | |
| Jonathan J. Maginnis | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | Trustee | |

## ORDER

AND NOW, this 30th day of May, 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the 2015 RAM 1500 ("Vehicle"), bearing VIN Number 1C6RR7MT0FS753624.

Ashely M. Chan
United States Bankruptcy Judge

Jonathan J. Maginnis
118 Yale Avenue
Morton, PA 19070

Anthony A. Frigo,
The Law Offices of Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
The Curtis Center Suite 750 West
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532