United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14069-amc
Jonathan J. Maginnis                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey           Page 1 of 1           Date Rcvd: May 31, 2018
                           Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db          +Jonathan J. Maginnis,   118 Yale Avenue,   Morton, PA 19070-1917
aty         +Anthony A. Frigo,  The Law Offices of Anthony A. Frigo,   175 Strafford Avenue,   Suite One,
              Wayne, PA 19087-3317
cr          +Bradley Puetz d/b/a Desert Tactical,   c/o Obermayer Rebmann Maxwell & Hippel L,
              Centre Square West, Suite 3400,   1500 Market Street,   Attn: Michael D. Vagnoni,
              Philadelphia, PA 19102-2100

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Jun 01 2018 03:05:05     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2018 03:04:47
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2018 03:04:56     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 01 2018 03:15:00     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
NONE         Brad Sadek,  Sadek and Cooper Law Offices,   1315 Walnut Street,   502,   Philadelphia
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2018 at the address(es) listed below:
          ANTHONY A. FRIGO   on behalf of Debtor Jonathan J. Maginnis anthonyfrigo@msn.com,
           frigoar70666@notify.bestcase.com
          ANTHONY A. FRIGO    on behalf of Defendant Jonathan J. Maginnis anthonyfrigo@msn.com,
           frigoar70666@notify.bestcase.com
          GARY F. SEITZ   gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com
          MICHAEL D. VAGNONI   on behalf of Creditor  Bradley Puetz d/b/a Desert Tactical
           michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          MICHAEL D. VAGNONI   on behalf of Plaintiff Bradley J. Puetz michael.vagnoni@obermayer.com,
           Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com
          REBECCA ANN SOLARZ   on behalf of Creditor  Bank Of America, N.A. bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Jonathan J. Maginnis | | CHAPTER 7 |
| | Debtor(s) | |
| BANK OF AMERICA, N.A. | | |
| | Movant | NO. 17-14069 amc |
| vs. | | |
| Jonathan J. Maginnis | | |
| | Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | | |
| | Trustee | |

## ORDER

AND NOW, this 30th day of   May   , 2018 at Philadelphia, upon failure of Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified to permit Bank of America, N.A., to take possession and sell, lease, and otherwise dispose of the 2015 RAM 1500 ("Vehicle"), bearing VIN Number 1C6RR7MT0FS753624.

Ashely M. Chan
United States Bankruptcy Judge

Jonathan J. Maginnis
118 Yale Avenue
Morton, PA 19070

Anthony  A. Frigo,
 The Law Offices of Anthony A. Frigo
175 Strafford Ave., Suite One
Wayne, PA 19087

Gary F. Seitz Esq.
Gellert Scali Busenkell & Brown LLC
The Curtis Center Suite 750 West
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532