United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Jonathan J. Maginnis  
      Debtor

Case No. 17-14069-amc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Aug 20, 2018  
                           Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2018.  
db            +Jonathan J. Maginnis,    118 Yale Avenue,    Morton, PA 19070-1917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2018                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2018 at the address(es) listed below:

         ANTHONY A. FRIGO    on behalf of Debtor Jonathan J. Maginnis anthonyfrigo@msn.com, frigoar70666@notify.bestcase.com  
         ANTHONY A. FRIGO    on behalf of Defendant Jonathan J. Maginnis anthonyfrigo@msn.com, frigoar70666@notify.bestcase.com  
         GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;hsmith@gsbblaw.com  
         MICHAEL D. VAGNONI    on behalf of Plaintiff Bradley J. Puetz michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com  
         MICHAEL D. VAGNONI    on behalf of Creditor   Bradley Puetz d/b/a Desert Tactical michael.vagnoni@obermayer.com, Lucille.acello@obermayer.com;michele.emory@obermayer.com;angela.baglanzis@obermayer.com  
         REBECCA ANN SOLARZ    on behalf of Creditor   Bank Of America, N.A. bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                                                TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Jonathan J. Maginnis : Case No. 17−14069−amc
    Debtor(s)

### ORDER
_____

    AND NOW, this day , August 20, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court